# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| MBI Energy Services, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER RE ADMISSION** |
| | ) | **PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| Robert Hoch, et. al., | ) | |
| | ) | Case No. 1:16-cv-329 |
| Defendants. | ) | |

Before the court is a motion for attorney Charles Kannebecker to appear *pro hac vice* on behalf of defendants. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Charles Kannebecker has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fees to the office of the Clerk. Accordingly, the motion (Docket No. 11) is **GRANTED**. Attorney Charles Kannebecker is admitted to practice before this court in the above-entitled action on behalf of defendants.

**IT IS SO ORDERED.**

Dated this 4th day of October, 2016.

>    */s/ Charles S. Miller, Jr.*
>    Charles S. Miller, Jr.
>    United States Magistrate Judge