# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| MBI Energy Services, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER RE ADMISSION** |
| | ) | **PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| Robert Hoch et al.,, | ) | |
| | ) | Case No. 1-16-cv-329 |
| Defendants. | ) | |

Before the court is a motion for attorney J. Matthew Stephens, to appear *pro hac vice* on MBI Energy Services, Inc.'s behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Stephens has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. Attorney Stephens has also paid the required admission fees to the office of the Clerk. Accordingly, the current motion (Docket No. 17) is **GRANTED**. Attorney Stephens is admitted to practice before this court in the above-entitled action on behalf of the Plaintiff.

**IT IS SO ORDERED.**

Dated this 1st day of November, 2016.

                                                  */s/ Charles S. Miller, Jr.*
                                                Charles S. Miller, Jr.
                                                United States Magistrate Judge